UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMID ROKNI, et al. | : |
| Plaintiffs, | : |
| v. | : Case No. 1:07-cv-01474 -RJL |
| PNH UNION SQUARE L.L.C., | : |
| Defendant. | : |

## CERTIFICATE OF DISCLOSURE REQUIRED BY LCvR 7.1

I, Philip T. Evans, the undersigned counsel of record for PNH Union Square L.L.C., certify that to the best of my knowledge and belief, that there are no companies, subsidiaries or affiliates of PNH Union Square L.L.C., which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

By:_____/s/ _Philip T. Evans_____
Philip T. Evans (D.C. Bar No. 441735)
Roxan A. Kerr (D.C. Bar No. 490310)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006
Tel: (202) 955-3000/Fax: (202) 955-5564

*Attorney of Record for Defendant PNH Union Square L.L.C.*