**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OMID ROKNI, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-1474-RJL |
| | ) |
| PNH UNION SQUARE, L.L.C., | ) |
| | ) |
| Defendant. | ) |
| ———————————————————— | ) |

**NOTICE OF ENTRY OF APPEARANCE**

Please note the entry of the appearance of Geoffrey T. Hervey and the law firm of

Bregman, Berbert, Schwartz & Gilday, LLC, as co-counsel for the Plaintiffs in this matter.

Date:   December 5, 2007

                                        Respectfully submitted,

                                        LAW OFFICES HOWARD R. SHMUCKLER

                                        By:      _____/s/_____
                                        Howard R. Shmuckler #395462
                                        1700 Pennsylvania Ave. N.W.
                                        Suite 900
                                        Washington, DC 20006
                                        T:  (202) 349-4034
                                        F:  (202) 349-1499
                                        Counsel for Plaintiffs

                                        BREGMAN, BERBERT, SCHWARTZ &
                                        GILDAY, LLC

                                        By:      _____/s/_____
                                        Geoffrey T. Hervey, #415907
                                        7315 Wisconsin Avenue, Suite 800 West
                                        Bethesda, Maryland 20814
                                        T: (301) 656-2707
                                        F: (301) 961-6525
                                        Counsel for Plaintiffs